**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6351

JOHN HENRY JOHNSON,

Petitioner - Appellant,

versus

STEPHEN DEWALT, Warden, Federal Prison Camp,
Cumberland, MD,

Respondent - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(8:04-cv-03414-AW)

Submitted: July 17, 2006          Decided: August 3, 2006

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Henry Johnson, Appellant Pro Se. Barbara Slaymaker Sale,
James A. Frederick, Assistant United States Attorneys, Baltimore,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Henry Johnson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Johnson v. Dewalt</u>, No. 8:04-cv-03414-AW (D. Md. filed Dec. 22, 2005; entered Dec. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied.

<u>AFFIRMED</u>